O

NOTE: CHANGES MADE BY THE COURT

# United States District Court
# Central District of California

| | |
|---|---|
| POSTAL INSTANT PRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES E. BRUMLEY JR. et al., <br><br> Defendants. | Case № 2:22-cv-08235-ODW (KSx) <br><br> **ORDER GRANTING STIPULATION RE: PERMANENT INJUNCTION** |

# ORDER

In light of the parties' Stipulation, (ECF No. 30), and good cause being shown, **IT IS HEREBY ORDERED**:

1. Defendants James E. Brumley, Jr., Judith Brumley, and JB II Printing LLC are permanently enjoined from using as a trademark or source indicator for any of themselves the following Federally registered trademarks of Plaintiff Postal Instant Press ("PIP") in interstate commerce, or in any trademark capacity, including, but not limited to print and online marketing materials, websites, domain names and social media accounts, except strictly limited to c.v. or historical purposes, and any such limited use of the following PIP trademarks must be pre-authorized by PIP in writing, which authorization PIP may revoke at any time and for any reason; upon receiving written notice of such revocation, these Defendants shall have 48 hours to terminate the specific use of these PIP trademarks (collectively, the "PIP® Marks"):

   a. Reg. No. 874010 for the word mark PIP;
   b. Reg. No. 876221 for the mark "Postal Instant Press";
   c. Reg. No. 1542015 for the mark "PIP Printing";
   d. Reg. No. 3688614 for the mark "PIP Printing and Marketing Services";
   e. Reg. No. 4962507 for the mark "PIP Printing Marketing Signs Print";
   f. Reg. No. 97554814 for the mark "WeDo."

2. Defendants James E. Brumley, Judith Brumley, and JB II Printing, LLC are permanently enjoined from asserting any ownership claims or any claims to having any rights to use, including any fair use claims (other than any pre-authorized use under Section 1, above), as to any of the following website domains: piptriad.com, pipgreensboro.com, pipburlington.com, pipsignsbanners.com; piptriadpromotions.com; piptotalmarketing.com.

2

3. All deadlines in the case shall be suspended for fourteen (14) days, within which time Plaintiff shall file appropriate papers to dismiss the case.

4. This stipulated Permanent Injunction shall become effective immediately upon the entry of this Order.

**IT IS SO ORDERED.**

December 16, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**